*Wednesday, September 22, 1999*

## MERIT DOCKET

**99–724.   State ex rel. Graffi v. Horizon Freight Sys., Inc.**
Franklin App. No. 98AP–71. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.